**EXHIBIT 1**

ELECTRONICALLY FILED - 2020 Oct 21 4:51 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF COLLETON ) | |
| ) | Civil Action No.: 2020-CP-15 - |
| Sandra Williamson, ) | |
| ) | |
| Plaintiff, ) | **SUMMONS** |
| ) | **(Jury Trial Demanded)** |
| vs. ) | |
| ) | |
| WAL-MART STORES EAST, L.P. and ) | |
| CHRISTOPHER DODSON, Store Manager, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO:     THE ABOVE-NAMED DEFENDANTS AND DEFENDANTS' ATTORNEY:**

YOU MAY PLEASE TAKE NOTICE that you are hereby summoned and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer on the attorney for the Plaintiff listed below at his office at Post Office Box 6787, Columbia, South Carolina, 29260, within thirty (30) days after service hereof excluding the date of such service.  IF YOU FAIL TO ANSWER THE COMPLAINT WITHIN THE TIME AFORESAID, PLAINTIFFS WILL APPLY TO THE COURT FOR A JUDGEMENT BY DEFAULT FOR THE RELIEF DEMANDED IN THE COMPLAINT AND ANY OTHER RELIEF DEEMED APPROPRIATE.

Respectfully submitted,

s/ *Stephen Suggs*
Stephen Suggs (Bar #0016970)
STEWART LAW OFFICES, LLC
*Attorney for the Plaintiff*
Post Office Box 6787
Columbia, SC   29260
ssuggs@stewartlawoffices.net
(803) 743-4200 - Telephone
(803) 743-4204 – Facsimile

October 20, 2020
Columbia, South Carolina

1

**EXHIBIT 1**

ELECTRONICALLY FILED - 2020 Oct 21 4:51 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF COLLETON ) <br> ) <br> Sandra Williamson, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAL-MART STORES EAST, L.P. and ) <br> CHRISTOPHER DODSON, Store Manager, ) <br> ) <br> Defendants. ) <br> ) | IN THE COURT OF COMMON PLEAS <br><br> Civil Action No.: 2020-CP-15 - <br><br><br> **COMPLAINT** <br> **(Jury Trial Demanded)** |

**TO:    THE ABOVE-NAMED DEFENDANTS AND DEFENDANTS' ATTORNEY:**

Now comes Plaintiff, by and through counsel, and respectfully shows unto this Court that:

## JURISDICTION AND VENUE

1.    Plaintiff, Sandra Williamson, is a citizen and resident of Colleton County, South Carolina.

2.    Upon information and belief, Wal-Mart Stores East, L.P., ("Wal-Mart") was at all times relevant to this complaint an Arkansas based corporation licensed to do business in the State of South Carolina engaged in the business of selling consumer goods and providing various customer services. Defendant Wal-Mart is vicariously liable for the negligence of its employees, agents and/or servants.

3.    Upon information and belief, at the time of the accident that is the subject of this lawsuit, Defendant Christopher Dodson was the manager of the Wal-Mart Store number 1358 in Walterboro, South Carolina.

3.    The parties to this action and the acts and omissions complained of herein are subject to the jurisdiction of this Court, and venue is proper.

## FACTUAL ALLEGATIONS

4.    On July 1, 2019, Plaintiff was a business invitee on Defendants' premises located at 2110 Bells Hwy, Walterboro, SC 29488.

2

**EXHIBIT 1**

ELECTRONICALLY FILED - 2020 Oct 21 4:51 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635

5.     As Plaintiff was walking down the frozen food aisle in Defendants' store, she slipped and fell on a clear liquid that appeared to be dripping from the freezers. She hit the floor and a Wal-Mart employee pulled her up by the arm. She asked the employee about the amount of water and he indicated that he had been planning to clean it up. Upon information and belief, Defendants had actual or constructive notice of the condition prior to the incident. However, Defendants failed to clean up the spill, remediate the apparent leak causing the spill or post any warning signs.

6.     As a result of the incident, Plaintiff sustained serious injuries to her back and her right arm and wrist, which has caused him to suffer and endure considerable pain and discomfort. Plaintiff has been compelled to expend significant sums of monies for medical treatments and for the services of medical providers under whose care she has been and under whose care, she may, upon information and belief, be compelled to be in the future and he may, upon information and belief, also be compelled to expend additional monies for further medical and doctor's treatment required in the future. Plaintiff has and she may continue to be prevented from attending to her ordinary affairs and duties, she has, upon information and belief, been and may continue to be deprived of the enjoyments of life she otherwise would have: and she, upon information and belief, may continue to endure discomforting pain and suffering which she otherwise would not have, and she has been otherwise injured and damaged. Plaintiff has incurred personal injury, pain, suffering, loss of enjoyment of life, and impairment of health and bodily efficiency as a result of this incident.

## FOR A FIRST CAUSE OF ACTION

**(Negligence and Recklessness)**

7.     Plaintiff incorporates by reference, as if fully set forth, each and every allegation in the preceding paragraphs.

8.     Defendant, its employees, servants and/or agents were negligent, careless, reckless, grossly negligent, willful and wanton in the following particulars:

3

ELECTRONICALLY FILED - 2020 Oct 21 4:51 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635

    a.    In failing to maintain adequately safe conditions on its premises;

    b.    In failing to protect Plaintiff from safety hazards;

    c.    In failing to take remedial action to eliminate the safety hazard;

    d.    In failing to install adequate protections in and around the area in which the Plaintiff was injured;

    e.    In failing to post appropriate warnings regarding the condition of the premises;

    f.    In failing to follow established safety procedures, or alternatively, in failing to have safety procedures; and

    g.    In such other and further particulars as may be ascertained during the course of discovery or trial of this case.

9.    The negligence of Defendants directly and proximately caused the injuries and damages suffered by Plaintiff. Defendant Wal-Mart is vicariously liable for the negligence of its employees, agents and/or servants.

## FOR A SECOND CAUSE OF ACTION

### (Negligent Hiring, Training, Supervision and Retention)

10.    Plaintiff incorporates by reference, as if fully set forth, each and every allegation in the preceding paragraphs.

11.    Plaintiff is informed and believes that Defendants were negligent, careless, reckless, wanton, and grossly negligent at the time and place hereinabove mentioned in the following particulars:

    a.    In failing to have in place policies and procedures to train, supervise and/or retain its employees, or if any such procedures were in place, to enforce them;

    b.    In failing to have in place adequate policies and procedures to mandate compliance by its employees with policies, procedures, and standards related

ELECTRONICALLY FILED - 2020 Oct 21 4:51 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635

        to the safety of its customers and maintenance of its store and if such procedures were in place, in failing to enforce them;

    c.    In failing to ensure that its employees had the proper training and experience to be able to provide for the safety of the subject store and customers of the Defendants; and

    d.    In generally failing to use the degree of care and caution that a reasonably prudent entity would have used under the same or similar circumstances.

12.    That because of the acts and/or omissions of Defendants as enumerated hereinabove which resulted both proximately and directly in the damages also set out above, the Plaintiff seeks actual damages against the Defendants as well as punitive damages.

13. Plaintiff demands that all causes of action that may be tried before a jury be so tried.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for actual and punitive damages, pre- and post-judgment interest, the cost of this action, and for such other relief as this Honorable Court may deem just and proper.

        Respectfully Submitted,

        STEWART LAW OFFICES, LLC

        s/***Stephen R. Suggs***
        Stephen R. Suggs, (S.C. Bar # 016970)
        ssuggs@stewartlawoffices.net
        Post Office Box 6787
        Columbia, South Carolina 29260
        803–743–4200 phone
        803–743–4204 fax
        *Attorney for Plaintiff*

Columbia, South Carolina
October 20, 2020

**EXHIBIT 1**

## AFFIDAVIT OF SERVICE

| Case: 2020-CP-15-00635 | Court: In the Court of Common Pleas County of Colleton | County: Colleton, SC | Job: 5156404 (C. Dodson) |
|---|---|---|---|
| Plaintiff / Petitioner: Sandra Williamson | | Defendant / Respondent: Wal-Mart Stores East, L.P. and Christopher Dodson, Store Manager | |
| Received by: Whitesell Investigative Services Inc | | For: Stewart Law Offices | |
| To be served upon: Christopher Dodson | | Court Date: | |

I, Travis Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Christopher Dodson, 1317 N Main St: Suite A1, Summerville, SC 29483
**Manner of Service:** Personal/Individual, Dec 16, 2020, 12:09 pm EST
**Documents:** Summons, Complaint (Received Dec 10, 2020 at 4:18pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 14, 2020, 9:30 am EST at 2110 Bells Hwy, Walterboro, SC 29488
Attempted service at the address provided and was informed by an employee that Christopher Dodson is no longer the store manager of this location, but is a Store Manager in North Charleston. I was unable to make contact with the Defendant at this address.

2) Successful Attempt: Dec 16, 2020, 12:09 pm EST at 1317 N Main St: Suite A1, Summerville, SC 29483 received by Christopher Dodson. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'8"; Hair: Gray; Other: No glasses; marital and military status not provided; Attempted service at the address provided. I made contact with Christopher Dodson who confirmed his identity and accepted service without incident.

_____  12/16/2020
Travis Bowers                Date

Sweetgrass Legal Services
5961 Hwy 165
Ravenel, SC 29470
843.597.7219

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

12/16/2020                   9/19/2028
Date                         Commission Expires

**EXHIBIT 1**

## AFFIDAVIT OF SERVICE

| Case:<br>2020-CP-15-00635 | Court:<br>In the Court of Common Pleas County of Colleton | County:<br>Colleton, SC | Job:<br>5156280 (Walmart Stores East, L.P.) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Sandra Williamson | | **Defendant / Respondent:**<br>Wal-Mart Stores East, L.P. and Christopher Dodson, Store Manager | |
| **Received by:**<br>Whitesell Investigative Services Inc | | **For:**<br>Stewart Law Offices | |
| **To be served upon:**<br>Wal-Mart Stores East, L.P. | | **Court Date:** | |

I, Timothy McGuire, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Wal-Mart Stores East, L.P., 2 Office Park Ct, Columbia, SC 29223
**Manner of Service:** Registered Agent, Dec 11, 2020, 10:16 am EST
**Documents:** Summons, Complaint (Received Dec 10, 2020 at 4:18pm EST)

**Additional Comments:**
1) Successful Attempt: Dec 11, 2020, 10:16 am EST at 2 Office Park Ct, Columbia, SC 29223 received by Wal-Mart Stores East, L.P.. Attempted service at the address provided. There is a dropbox outside with a sign that says "Office Doors Closed to the Public." There is another sign that states "CT Corporation is closed to the public - we are still accepting service of process." The sign advises to sign the clipboard, place the documents in the dropbox. I left the documents in the dropbox per the instructions of CT Corporation.

_____  12-15-20
Timothy McGuire            Date

Whitesell Process Service of Columbia SC
4611 Hard Scrabble Rd Suite 109-325
Columbia, SC 29229
803-609-0008

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Crystal L. Jordan
Notary Public

12-15-2020        7-5-2028
Date              Commission Expires

CRYSTAL L. JORDAN
Notary Public, State of South Carolina
My Commission Expires 7/5/2028

ELECTRONICALLY FILED - 2020 Dec 16 12:26 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500635